**Dismissed and Memorandum Opinion filed December 20, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00744-CV

## JOSHUA VAN PETERSON, Appellant

### V.

## MORRISON SUPPLY COMPANY, LLC D/B/A EXPRESSIONS HOME GALLERY, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2018-10093**

### MEMORANDUM OPINION

This is an appeal from an order signed March 24, 2022. The notice of appeal was filed October 7, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On November 17, 2022, this court ordered appellant to pay the appellate filing fee on or before November 28, 2022 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson